ACCEPTED
03-14-00197-CV
4388129
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 3:27:19 PM
JEFFREY D. KYLE
CLERK

**NO. 03-14-00197-CV**

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 3:27:19 PM
JEFFREY D. KYLE
Clerk

_____

**GRAPHIC PACKAGING CORPORATION,**
*Appellant*

**v.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS; AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,**
*Appellees.*

---

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S REPLY BRIEF**

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Graphic Packaging Corporation moves pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, asking that this Court grant a 30-day extension of time for filing its Appellant's Reply Brief from March 19, 2015 to April 17, 2015. This Motion is UNOPPOSED by Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas.

1

## I. INTRODUCTION

1.	Appellant is Graphic Packaging Corporation. ("Appellant").

2.	Appellees are Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas. ("Appellees").

3.	No rule provides a deadline to file this Motion to Extend. *See* Tex. R. App. P. 38.6(d).

## II. ARGUMENT & AUTHORITIES

4.	The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellant's Reply Brief. This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).

5.	Appellant's Brief is currently due on Thursday, March 19, 2015.

6.	The undersigned counsel for Appellants have had several pending deadlines and professional obligations since the filing of Appellee's Brief, which have prevented them from being able to complete the Reply Brief by March 19, and they have additional deadlines and obligations in the coming weeks that necessitate the 30-day extension now sought without opposition. More specifically, these deadlines include the following for Appellant's counsel:

	a.	Jimmy Martens: (1) a case-dispositive, contested hearing in district court on March 9; (2) discovery responses due in multiple pending cases on

March 12, 23, April 1, and 13; and (3) travel to present state taxation CLE in various Texas cities on March 18-19, 26, 30-31.

    b.    Amanda Taylor: (1) Appellants' Reply Brief due in this Court on March 16 (No. 03-14-00510-CV); (2) travel to present appellate CLE to Bell County Bar Association on March 26; (3) Appellee's Brief due in this Court on April 15 (No. 03-14-00713-CV); and (4) travel to present appellate CLE to Tarrant County Bar Association on April 15.

    c.    Amy Silverstein: (1) *Coblentz v. City and County of San Francisco, et al.*, Case No. S224190, Reply regarding Petition for Review due in California Supreme Court on March 5; (2) *Gillette Commercial Operations v. Mich. Department of the Treasury*, Case No. 14-000053-MT, Opening Brief due at the Michigan Court of Appeals on March 17; and (3) *Kimberly-Clark Corporation & Subsidiaries v. Commissioner of Revenue,* Docket No. 8670 R, Oral Argument in the Minnesota Tax Court on March 19.

7.    Appellant therefore requests a 30-day extension of its brief-filing deadline.

8.    The requested extension of Appellant's Reply Brief deadline will not prejudice any party.

9.    One extension of time has previously been granted to Appellant regarding its Reply Brief.

10.    The $10.00 filing fee has been submitted in connection with this Motion.

### III. PRAYER

For these reasons, Appellant respectfully prays, without any opposition of Appellees, that this Court grant an extension of time to file Appellant's Reply Brief from March 19 to April 17, 2015, which is 30 days from the current deadline.

Respectfully submitted,

MARTENS, TODD, LEONARD, TAYLOR & AHLRICH
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone: (512) 542-9898
Telecopier: (512) 542-9899

By: */s/ Amanda Taylor*

Amanda Taylor
ataylor@textaxlaw.com
State Bar No. 24045921
James F. Martens
jmartens@textaxlaw.com
State Bar No. 13050720
Lacy L. Leonard
lleonard@textaxlaw.com
State Bar No. 24040561
Danielle V. Ahlrich
dahlrich@textaxlaw.com
State Bar No. 24059215

**SILVERSTEIN& POMERANTZ, LLP**
12 Gough Street, 2nd Floor
San Francisco, California 94103
(415) 593-3502
(415) 593-3501 (Facsimile)

By: */s/ Amy Silverstein*

Amy L. Silverstein
Asilverstein@sptaxlaw.com
California State Bar No. 154221
**ATTORNEYS FOR APPELLANT
GRAPHIC PACKAGING CORPORATION**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellant has conferred with counsel for Appellee, Mr. Rance Craft, about the merits of this Motion on March 5, 2015. Mr. Craft does not oppose this Motion.

/s/ Amanda G. Taylor

Amanda G. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Second Motion for Extension of Time to File Appellant's Brief has been electronically filed and served on all counsel below on March 5, 2015.

Rance Craft
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

Cynthia A. Morales
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION,
P.O. Box 12548
Austin, Texas 78711
(512) 463-8897
(512) 477-2348 [fax]
cynthia.morales@texasattorneygeneral.gov

/s/ Amanda G. Taylor

Amanda G. Taylor